# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:09-CR-132-JAD-(GWF) |
| JEFFREY MITCHELL, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

On September 30, 2013, defendant JEFFREY MITCHELL pled guilty to Count Two of a Fifteen-Count Second Superseding Indictment charging him in Count Two with Conspiracy to Sell Unregistered Securities, to Make False Statements to SEC, to Evade Filing Periodic Reports, and to Commit Securities Fraud and Insider Trading in violation of Title 15, United States Code, Sections 77e, 77q, 78j, and 78m; and Title 18, United States Code, Section 371, and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $10,000,000 pursuant to the Plea Agreement and the Forfeiture Allegations in the Second Superseding Indictment. Second Superseding Indictment, ECF No. 70; Change of Plea Minutes, ECF No. 198; Plea Agreement, ECF No. 200.

This Court finds that JEFFREY MITCHELL shall pay a criminal forfeiture money judgment of $10,000,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEFFREY MITCHELL a criminal forfeiture money judgment in the amount of $10,000,000 in United States Currency.

DATED this 4th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Order of Forfeiture on October 3, 2013, by the below identified method of service:

<u>CM/ECF</u>

Jess R. Marchese
Law Offices of Jess R. Marchese
1212 South Casino Center Blvd.
Las Vegas, NV 89104
marcheselaw@msn.com
Attorney for Jeffrey Turino

Bart Stapert
Bohler Law Firm
BStapert@Bohler.eu
Attorney for Melissa Spooner

Mace J. Yampolsky
Mace Yampolsky, LTD
625 S. Sixth St.
Las Vegas, NV 89101
Mace@macelaw.com
Attorney for Melissa Spooner

Mark S. Dzarnoski
Gordan & Silver, Ltd.
3960 Howard Hughes Pkwy., 9th Fl.
Las Vegas, NV 89109
usdcnotices@gordonsilver.com
Attorney for Helen Bagley

David T. Brown
Brown, Brown & Premsrirut
520 S. 4th St. 2nd Fl.
Las Vegas, NV 89101
master@brownlawlv.com
Attorney for Jeffrey Mitchell

John Wesley Hall, Jr.
1202 Main Street, Ste. 210
Little Rock, AR 72202
tjl@forhall.com
Attorney for Brian Dvorak

Chris T. Rasmussen
Rasmussen & Kang LLC
330 S. Third St., Ste. 1010
Las Vegas, NV 89101
chris@rasmussenkang.com
Attorney for Ginger Gutierrez

Todd M. Leventhal
Leventhal and Associates
600 South Third St.
Las Vegas, NV 89101
todlev@yahoo.com
Attorney for James Kinney

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal