DAYLE ELIESON  
United States Attorney  
Richard Anthony Lopez  
Assistant United States Attorney  
501 Las Vegas Boulevard South, Suite 1100  
Las Vegas, NV 89101  
(702) 388-6336  

UNITED STATES DISTRICT COURT  
District of Nevada  

| | |
|---|---|
| UNITED STATES OF AMERICA,) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY MITCHELL ) <br> Defendant | Case No. 2:09-cr-00132-JAD-GWF-7 <br><br> PETITION FOR ACTION <br> ON CONDITIONS OF <br> <u>PRETRIAL RELEASE</u> |

  Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Sandra P. Bustos, Supervising United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

  Dated this 9th day of July, 2018.

                DAYLE ELIESON  
                United States Attorney  

              By /S/  
                Richard Anthony Lopez  
                Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Jeffrey Mitchell            Docket No. 2:09-cr-00132-JAD-GWF-7

Petition for Action on Conditions of Pretrial Release

     COMES NOW Sandra P. Bustos, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jeffrey Mitchell, who was placed under pretrial release supervision by U.S. Magistrate Judge Peggy A. Leen on April 23, 2010, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services supervision.
2. Do not use or possess controlled substances.
3. Do not associate with those using or possessing controlled substances.
4. Submit to drug testing as directed by Pretrial Services.
5. Undergo a mental health assessment and treatment as deemed necessary by Pretrial Services.
6. Maintain residence and do not move without prior approval from Pretrial Services.

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant has remained in compliance since April 23, 2010.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED BY REMOVING THE FOLLOWING CONDITIONS:**

1. Pretrial Services supervision.
2. Do not use or possess controlled substances.
3. Do not associate with those using or possessing controlled substances.
4. Submit to drug testing as directed by Pretrial Services.
5. Undergo a mental health assessment and treatment as deemed necessary by Pretrial Services.
6. Maintain residence and do not move without prior approval from Pretrial Services.

ORDER OF COURT

Considered and ordered this 11th day of July 2018, and ordered filed and made a part of the records in the above case.

_____
Honorable Jennifer A. Dorsey
U.S. District Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 9th day of July, 2018.

Respectfully Submitted,

_____
Sandra P. Bustos
Supervising U.S. Pretrial Services Officer

Place: Las Vegas, Nevada